UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

---

| | | |
|---|---|---|
| REPRESENTATIVE EARL D. EHRHART and VIRGINIA EHRHART, | : : : : | Civ. No. 1:16-cv-01302-SCJ |
| Plaintiffs, | : : | |
| -against- | : : | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, THE UNITED STATES DEPARTMENT OF EDUCATION'S OFFICE FOR CIVIL RIGHTS, JOHN B. KING, JR., individually and as agent for the DEPARTMENT OF EDUCATION, CATHERINE LHAMON, individually and as agent for the UNITED STATES DEPARTMENT OF EDUCATION'S OFFICE FOR CIVIL RIGHTS, and the UNITED STATES OF AMERICA, | : : : : : : : : : : : : | JURY TRIAL DEMANDED |
| Defendants. | : | |

---

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Representative Earl D. Ehrhart and Virginia Ehrhart (collectively, the "Plaintiffs") by their attorneys Nesenoff & Miltenberg, LLP, together with Krevolin & Horst, LLC, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, as against Defendants Catherine Lhamon and John B. King, Jr., *in their individual capacities*.

KH387527.DOCX                                             1

**Dated: August 4, 2016**

**/s/ *Jonathan E. Hawkins***
**Jonathan E. Hawkins, Esq.**
**Georgia Bar No. 338779**
**Christopher E. Adams**
**Georgia Bar No. 789600**
**hawkins@khlawfirm.com**
**adams@khlawfirm.com**

**KREVOLIN & HORST, LLC**
**1201 W. Peachtree Street, N.W.**
**Suite 3250, One Atlantic Center**
**Atlanta, GA 30309**
**(404) 888-9700**
**(404) 888-9577 (facsimile)**

**-and-**

**/s/ *Andrew T. Miltenberg***
**Andrew T. Miltenberg, Esq.**
**(Admitted *pro hac vice*)**
**Tara J. Davis, Esq.**
***(pro hac vice* application pending)**
**Philip Byler, Esq.**
**(Admitted *pro hac vice*)**
**NESENOFF & MILTENBERG, LLP**
**363 Seventh Avenue, Fifth Floor**
**New York, New York 10001**
**(212) 736-4500**
**amiltenberg@nmllplaw.com**
**tdavis@nmllplaw.com**
**pbyler@nmllplaw.com**

*Attorneys for Plaintiffs*