IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| REPRESENTATIVE EARL D. EHRHART and VIRGINIA EHRHART, :<br>:<br>:<br>:<br>Plaintiffs, :<br>:<br>v. :<br>:<br>U.S. DEPARTMENT OF EDUCATION, et al., :<br>:<br>Defendants. : | CIVIL ACTION NO.<br>1:16-cv-1302-SCJ |

## ORDER

This matter appears before the Court on Defendants' Unopposed Motion to Hold Case In Abeyance.  Doc. No. [37].  After review, the Court exercises its discretion to **GRANT** the motion.  This case will be stayed/held in abeyance for ninety days while the Department of Education's Office for Civil Rights reviews the 2011 Dear Colleague Letter that is challenged in this litigation.

In light of the stay and pursuant to the Court's inherent authority to manage its docket, it is therefore **ORDERED** that this action be **ADMINISTRATIVELY TERMINATED** during the pendency of the stay.  The parties may file a motion to reopen the case at the conclusion of the stay.

Defendants shall file a status report within **90 days** of the date of this Order.

It is further **ORDERED** that the pending Motion to Dismiss (Doc. No. [24]) is **DENIED** without prejudice and with leave to refile at the conclusion of the stay.

**IT IS SO ORDERED,** this 29th day of August, 2017.

s/Steve C. Jones
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)