IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EARL D. EHRHART and VIRGINIA EHRHART, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF EDUCATION, *et al.*, <br><br> Defendants. | No. 1:16-cv-1302-SCJ |

**STIPULATION OF DISMISSAL**

Plaintiffs in this action challenged a guidance document issued by the Department of Education's Office for Civil Rights in 2011 (the "2011 Dear Colleague Letter").  On September 22, 2017, the Office for Civil Rights issued a new Dear Colleague Letter stating that "the Department of Education is withdrawing the statements of policy and guidance reflected in" the 2011 Dear Colleague Letter and a related 2014 Questions and Answers document and "will not rely on the withdrawn documents in its enforcement of Title IX."  *See* Letter from Candice Jackson, Acting Assistant Sec'y for Civil Rights (Sept. 22, 2017), https://www2.ed.gov/about/offices/list/ocr/letters/colleague-title-ix-201709.pdf.

Agreeing that the litigation has now become moot, the parties hereby stipulate to dismissal of this action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each side to bear its own attorneys' fees and costs.

| | |
|---|---|
| Dated:  November 27, 2017 | Respectfully submitted, |
| /s/ *Jonathan E. Hawkins, Esq.*<br>Jonathan E. Hawkins, Esq.<br>Georgia Bar No. 338779<br>hawkins@khlawfirm.com<br>KREVOLIN & HORST, LLC<br>1201 W. Peachtree Street, N.W.<br>Suite 3250, One Atlantic Center<br>Atlanta, GA 30309<br>(404) 888-9700<br>(404) 888-9577 (facsimile) | CHAD A. READLER<br>Principal Deputy Assistant Attorney<br>     General<br><br>BYUNG J. PAK<br>United States Attorney<br><br>JENNIFER D. RICKETTS<br>Director<br><br>CARLOTTA P. WELLS<br>Assistant Director |
| -and- | |
| /s/ *Philip A. Byler, Esq.*<br>Philip A. Byler, Esq.<br>Andrew T. Miltenberg, Esq.<br>NESENOFF & MILTENBERG, LLP<br>363 Seventh Avenue, Fifth Floor<br>New York, New York 10001<br>(212) 736-4500<br>pbyler@nmllplaw.com<br>amiltenberg@nmllplaw.com<br><br>*Attorneys for Plaintiffs* | /s/ Matthew J. Berns<br>MATTHEW J. BERNS<br>Trial Attorney (DC Bar # 998094)<br>U.S. Department of Justice<br>Civil Division<br>Federal Programs Branch<br>20 Massachusetts Avenue NW<br>Washington, DC 20530<br>Phone: (202) 616-8016<br>Fax: (202) 616-8460<br>Email: matthew.j.berns@usdoj.gov<br><br>LORI BERANEK<br>Assistant U.S. Attorney<br>(GA Bar # 053775)<br>600 Richard B. Russell Federal Bldg.<br>75 Ted Turner Drive, S.W.<br>Atlanta, GA 30303<br>Phone: (404) 581-6050<br>Fax: (404) 581-6181<br>Email:  Lori.Beranek@usdoj.gov<br><br>*Counsel for Defendants* |

## CERTIFICATE OF COMPLIANCE

I hereby certify that the documents to which this certificate is attached have been prepared with one of the font and point selections approved by the Court in Local Rule 5.1B for documents prepared by computer.

/s/ Jonathan E. Hawkins
JONATHAN E. HAWKINS

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2017, I electronically filed a copy of the foregoing. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

          /s/ Jonathan E. Hawkins
          JONATHAN E. HAWKINS